**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GLORIA CARR and DELOREAN MCKINNEY as Co-Special Administrators of the Estate of DARRIN E. HANNA, deceased, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.  11CV 08836 |
| | ) | |
| | ) | |
| CITY OF NORTH CHICAGO, NORTH CHICAGO POLICE OFFICER TRISTAN BORZICK, NORTH CHICAGO POLICE OFFICER GARY GRAYER, NORTH CHICAGO POLICE OFFICER MARC KESKE, NORTH CHICAGO POLICE OFFICER BRANDON YOST, NORTH CHICAGO POLICE OFFICER ARTHUR STRONG, NORTH CHICAGO POLICE OFFICER JAYSON GERYOL, NORTH CHICAGO SEARGENT SALVATORE CECALA, MAYOR LEON ROCKINGHAM, JR., and Former NORTH CHICAGO POLICE CHIEF MICHAEL NEWSOME | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Arlander Keys |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S ANSWER  TO DEFENDANTS, CITY OF NORTH CHICAGO, MAY LEON ROCKINGHAM JR. AND MICHAEL NEWSOME'S AFFIRMATIVE DEFENSES**

NOW COME  the Plaintiffs, GLORIA CARR and DELOREAN MCKINNEY as Co-Independent Administrators of the Estate of DARRIN E. HANNA, deceased, by and through their attorneys, COLLISON & O'CONNOR, LTD., and in reply to Defendants CITY OF NORTH CHICAGO, MAYOR LEON ROCKINGHAM, JR. and MICHAEL NEWSOME's affirmative defenses, states as follows:

**<u>FIRST AFFIRMATIVE DEFENSE</u>**

1. Plaintiffs admit the allegations contained in paragraph 1 of the defenses.

2. Plaintiffs admit the allegations contained in paragraph 2 of the defenses.

3. Plaintiffs admit the provision of 745 ILCS 10/2-109 exist but deny its application based on the fact that the CITY OF NORTH CHICAGO has acknowledged wrong doing by the Defendants BRANDON YOST and ARTHUR STRONG in a public statement to the press.

WHEREFORE plaintiffs move to strike and dismiss Defendants, CITY OF NORTH CHICAGO, MAYOR LEON ROCKINGHAM JR. and MICHAEL NEWSOME's first affirmative defense.

**<u>SECOND AFFIRMATIVE DEFENSE</u>**

4. Plaintiffs admit the allegations contained in paragraph 4 of the defenses.

5. Plaintiffs admit the allegations contained in paragraph 5 of the defenses.

6. Plaintiffs deny the allegations contained in paragraph 6 of the defenses.

WHEREFORE plaintiffs move to strike and dismiss Defendants, CITY OF NORTH CHICAGO, MAYOR LEON ROCKINGHAM JR. and MICHAEL NEWSOME's second affirmative defense.

**<u>THIRD AFFIRMATIVE DEFENSE</u>**

7. Plaintiffs admit the allegations contained in paragraph 7 of the defenses.

8. Plaintiffs admit the allegations contained in paragraph 8 of the defenses.

9. Plaintiffs deny the allegations contained in paragraph 9 of the defenses.

WHEREFORE plaintiffs move to strike and dismiss Defendants, CITY OF NORTH CHICAGO, MAYOR LEON ROCKINGHAM JR. and MICHAEL NEWSOME's third affirmative defense.

Respectfully Submitted,

Dated: 6/14/12                     /s/ Kevin O'Connor
                                   Attorney for Plaintiff

Kevin O'Connor
Muriel Collison
Collison & O'Connor, Ltd.
1894 Techny Court
Northbrook, Illinois
60062
847-272-8750
ARDC#6216627
koconnor@co-injurylaw.com
Mcollison@co-injurylaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GLORIA CARR and DELOREAN MCKINNEY as Co- Independent Administrators of the Estate of DARRIN E. HANNA, deceased, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  11 CV 8836 |
| CITY OF NORTH CHICAGO,  et al. | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

TO:  Julie M. Koerner                              Laura Scarry
        O'Halloran Kosoff                             Deano & Scarry, LLC
        650 Dundee Road, Suite 475          53 West Jackson Blvd, Suite 550
        Northbrook, IL  60062                       Chicago, IL  60604

I, a non-attorney, hereby certify that on June 14, 2012, I electronically filed Plaintiffs Answers to Defendants City of North Chicago, Mayor Leon Rockingham, Jr. and Michael Newsome's Affirmative Defenses with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participant(s).



_____/s/ Robin L. Arelliano_____


Kevin O'Connor
Muriel Collison
Collison & O'Connor, Ltd.
1894 Techny Court
Northbrook, Illinois
60062
847-272-8750
ARDC#6216627