# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| GLORIA CARR and DELOREAN McKINNEY as Special Administrators Of the Estate of DARRIN E. HANNA, Deceased, ) ) ) ) ) ) Plaintiff, ) vs. ) ) CITY OF NORTH CHICAGO, NORTH ) CHICAGO POLICE OFFICER ) TRISTAN BORZICK, NORTH CHICAGO ) OFFICER GARY GRAYER, NORTH ) CHICAGO POLICE OFFICER MARC ) KESKE, NORTH CHICAGO POLICE ) OFFICER BRANDON YOST, NORTH ) CHICAGO POLICE OFFICER ARTHUR ) STRONG, and NORTH CHICAGO ) POLICE OFFICER JAYSON GERYOL, ) NORTH CHICAGO SEARGENT ) SALVATORE CECALA, MAYOR LEON ) ROCKINGHAM, JR., and Former NORTH ) CHICAGO POLICE CHIEF MICHAEL ) NEWSOME. ) ) Defendants. ) | Court No. 11 CV 8836<br><br>Hon. Mag. Judge Arlander Keys |

## AGREED ORDER

THIS MATTER coming to be heard on March 21, 2014 regarding the status of discovery, the parties being present, and the Court advised of the status,

IT IS HEREBY ORDERED that the discovery schedule is modified as follows:

| | |
|---|---|
| Fact discovery to be completed: | October 10, 2014 |
| Plaintiffs' disclosure of expert witness(es): | November 7, 2014 |
| Depositions of Plaintiffs' expert witness(es): | December 5, 2014 |
| Defendants' disclosure of expert witnesses(es): | January 2, 2015 |

Depositions of Defendants' expert witness(es):     January 30, 2015

Dispositive motions, if any, filed by:     February 27, 2015

Dated: *April 21, 2014*     Signed: *Arlander Keys*
　　　　　　　　　　　　　　　　　　　　Magistrate Judge Arlander Keys

Laura L. Scarry  #6231266
DeAno & Scarry, LLC
53 W. Jackson Blvd.
Suite 550
Chicago, IL 60604
(630) 690-2800
Fax:  (312) 564-4125