IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLORIA CARR and DELOREAN MCKINNEY as Co-Special Administrators of the Estate of DARRIN E. HANNA, deceased, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 11CV 08836 |
| CITY OF NORTH CHICAGO, NORTH CHICAGO POLICE OFFICER TRISTAN BORZICK, NORTH CHICAGO POLICE OFFICER GARY GRAYER, NORTH CHICAGO POLICE OFFICER MARC KESKE, NORTH CHICAGO POLICE OFFICER BRANDON YOST, NORTH CHICAGO POLICE OFFICER ARTHUR STRONG, NORTH CHICAGO POLICE OFFICER JAYSON GERYOL, NORTH CHICAGO SEARGENT SALVATORE CECALA, MAYOR LEON ROCKINGHAM, JR., and Former NORTH CHICAGO POLICE CHIEF MICHAEL NEWSOME | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Kocoras |
| Defendants. | ) | |

## MOTION TO APPROVE SETTLEMENT OF A PERSONAL INJURY ACTION and FOR DISTRIBUTION

NOW COMES COLLISON & O'CONNOR, LTD., the attorneys for the Estate of DARRIN E. HANNA, deceased, in this cause of action and moves to approve the settlement of the wrongful death and survival matters pursuant to settlement, approve the attorneys' fees and costs, provide an allocation between the wrongful death and survival causes of action, and distribution to the heirs of the Wrongful Death proceeds either by agreement and/or hearing, and in support states:

1

1. This case involves a Section 1983 action, whereby the plaintiff's decedent was alleged to have been beaten by the North Chicago Police department on November 6, 2011 which ultimately led to his death on November 13, 2011.

2. As alleged in paragraph 37 of the Third Amended Complaint, the plaintiff left surviving his son Delorean McKinney, an adult, and his daughter, Rihanna Marie Hanna, a minor, who are entitled to recovery under the Illinois Wrongful Death Act. Darrin Hanna died intestate or without a Will.

3. GLORIA CARR and DELOREAN MCKINNEY were appointed as Co-Independent Administrators of the Estate of DARRIN E. HANNA, deceased, by virtue of an Order entered in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois.

4. They have agreed to settle this matter including the payment of their attorneys' fees and costs under the Wrongful Death and Survival Act for a total settlement in the above-referenced matter in the amount of $3,000,000.00. A copy of the settlement agreement as well as the itemization of the attorneys' costs will be provided to the Court for an in camera inspection. Pursuant to the settlement agreement, the total amount of the settlement is not confidential but the allocation and/or distribution to the next of kin will remain confidential. This matter was settled by way of mediation with former Judge Arlander Keys over the course of two days and counsel for the plaintiff believes that the settlement is fair and reasonable.

5. That pursuant to the Wrongful Death and Survival Act and local probate rules of the Nineteenth Judicial Circuit, this Court must approve the settlement and the payment of the attorney's fees and costs.

6. That counsel took in excess of twenty-four depositions and spent a substantial amount of time and effort in the prosecution of this matter. Counsel requests the Court to include in the Order that the Court waives the necessity of

plaintiffs' counsel filing any additional petition or affidavit for approval of attorneys' fees and costs under any local court rules, specifically local rule 14 of the Nineteenth Judicial Circuit, due to the nature of the case being a 1983 cause of action and the nature and extent of the time and effort on this file.

7. That, I, Kevin W. O'Connor, counsel for the Estate in this matter, have conferred with the Administrators and beneficiaries in this matter and they have failed to come to an agreement on the allocation of the remaining $1,892,000 in proceeds between the Wrongful Death and Survival claims. I have informed all interested parties that absent agreement, they will need to hire separate counsel to represent them before this Court on an allocation hearing. Wrongful death proceeds do not pass through the Estate but the Survival proceeds do pass through the Estate.

8. On information and belief, the following claims are being made against the Estate:

    a. Reimbursement of Funeral Expenses in the amount of $7,723.50 paid by Gloria Carr;
    b. Outstanding Cemetery expenses from Mt. Olive Memorial Park in the amount of $10,399.23;
    c. Minor child's award by the Estate of Rihanna Hanna at a value of $30,000 or more;
    d. Administrator fees;
    e. A claim by Waukegan Illinois Hospital Company d/b/a Vista Medical Center in the amount of $1,687.00 for the balance of unpaid medical expenses for Darrin Hanna;
    f. Probate Attorneys' fees by the law firm of Lesser, Lutrie, McGlynn, and Howe, LLP for handling of the Probate Estate of Darrin Hanna.

9. That, I, Kevin W. O'Connor, counsel for the Estate in this matter, have conferred with the Adminstrators and beneficiaries in this matter and they have failed to come to an agreement on the distribution of the Wrongful Death proceeds between Delorean McKinney, adult son of decedent, and Rihanna

Hanna, an minor daughter of the decedent as to what percentage of the wrongful death proceeds allocated will be received by each of them. I have informed all interested parties that absent agreement, they will need to hire separate counsel to represent them before this Court at a distribution hearing.

10. That petitioner request that the Court approve the settlement and to set this matter down for status and/or hearing on the allocation of the proceeds.

11. Counsel requests the Court to approve the settlement and the signing of the settlement agreement by the Co-Independent Administrators, approve the attorneys' fees and costs as outlined in the proposed Order which is attached at Exhibit "A."

WHEREFORE, Petitioner respectively requests this Court enter an order approving the settlement as outlined herein.

COLLISON & O'CONNOR, LTD.

BY: KEVIN O'CONNOR

KEVIN W. O'CONNOR
COLLISON & O'CONNOR, LTD.
19 S. LaSalle Street, Suite 1400
Chicago, IL 60603
Telephone (312) 229-1560
Facsimile (312) 906-7615